BOEHRINGER INGELHEIM INTERNATIONAL GMBH and Boehringer Ingelheim Pharmaceuticals, Inc., Plaintiffs–Appellants,

v.

MYLAN PHARMACEUTICALS, INC. and Mylan Inc., Defendants–Appellees.

No. 2009–1402.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2010.

Before RADER, Chief Judge, BRYSON and MOORE, Circuit Judges.

## ORDER

## ON MOTION

RADER, Chief Judge.

Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. move without opposition to vacate the May 12, 2009 order of the United States District Court of the District of New Jersey in 09–CV–366 and remand for further proceedings.*

The parties previously moved to stay proceeding in this appeal pending disposition of appeal 2009–1032. In that appeal, this court recently vacated the judgment of the United States District Court for the District of Delaware that had held the underlying patent invalid and remanded for further proceedings.

In the present appeal, 2009–1402, the District Court for the District of New Jersey considered the effect of the Delaware district court's determination and granted the defendants' motion to dismiss the complaint filed by Boehringer involving the same patent, based upon issue preclusion and claim preclusion. The parties agree that due to the disposition of 2009–1032, the district court's order must be vacated and the case remanded for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The district court's order granting the motion to dismiss is vacated and the case is remanded for further proceedings.

(2) Each side shall bear its own costs.

---

* The district court's order was signed by the district court judge on May 12, 2009 and filed by the district court on May 13, 2009.